IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00957-BNB

ROYAL GENE DOMINGO JONES, SR.,

    Plaintiff,

v.

BLAKE DAVIS (Warden),
J. ZIEGLER (Associate Warden),
HODAK (Captain), and
MONTOYA (Education Dir.),

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 12 2008

GREGORY C. LANGHAM

## ORDER DISMISSING CASE

Plaintiff, Royal Gene Domingo Jones, Sr., is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the Federal Correctional Institution in Littleton, Colorado. He submitted *pro se* a document titled "Federal Question Jurisdiction, Injunction Relief Pursuant to 5 U.S.C. § 702." He failed either to pay the $350.00 filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 or a Prisoner Complaint. As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, Magistrate Judge Boyd N. Boland determined that the submitted document was deficient, that the clerk of the Court would be directed to commence a civil action, and that Mr. Jones would be directed to cure certain deficiencies in the action if he wished to pursue his claims.

Therefore, on May 8, 2008, Magistrate Judge Boland directed Mr. Jones within thirty days either to pay the $350.00 filing fee or to submit a Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Magistrate Judge Boland also directed him to submit a Prisoner Complaint. The May 8 order warned Mr. Jones that failure to cure the designated deficiencies within the time allowed would result in the dismissal of the instant action.

On June 3, 2008, in response to the May 8, 2008, order to cure, Mr. Jones filed a motion titled "Motion to Withdraw Complaint" asking to dismiss the instant action. The Court must construe liberally the June 3 motion because Mr. Jones submitted the motion on his own behalf. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). The Court will construe the June 3 motion liberally as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a)(1) provides that "the plaintiff may dismiss an action without a court order by filing (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." No response has been filed by Defendants in this action. A voluntary dismissal pursuant to Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that the motion titled "Motion to Withdraw Complaint" that Plaintiff, Royal Gene Domingo Jones, Sr., submitted to and filed with the Court on June 3, 2008,

is construed liberally as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is effective as of June 3, 2008, the date the liberally construed notice of dismissal was filed in this action. It is

FURTHER ORDERED that the action is dismissed without prejudice.

DATED at Denver, Colorado, this 12 day of June, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00957-BNB

Royal Gene Domingo Jones, Sr.
Reg. No. 04935-046
Federal Correctional Institution
9595 W. Quincy Avenue
Littleton, CO 80123

  I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6/12/8

            GREGORY C. LANGHAM, CLERK


         By: _____
             Deputy Clerk